### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CANDI M. SMITHSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. CIV-05-0470-F |
| | ) |
| JO ANNE B. BARNHART, | ) |
| Commissioner, Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

### **O R D E R**

On November 28, 2005, United States Magistrate Judge Robert E. Bacharach issued a Report and Recommendation, wherein he recommended the final decision of the Commissioner of Social Security Administration be reversed and remanded for further administrative proceedings.  Magistrate Judge Bacharach advised the parties of their right to file written objections to the Report and Recommendation by December 18, 2005.

To date, no objection has been filed and no request for extension of time to so object has been filed.  With no objection being filed by either party, the court accepts, adopts and affirms the Report and Recommendation in all respects.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Robert E. Bacharach on November 28, 2005 (doc. no. 18) is **ACCEPTED**, **ADOPTED**, and **AFFIRMED**.  The decision of the Commissioner of Social Security Administration is **REVERSED**, and this matter is **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant

to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

     ENTERED this 22nd day of December, 2005.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE


05-0470p002(pub).wpd